No. 23-3396

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

———————————

AL OTRO LADO, INC., *et al.*,

*Plaintiffs-Appellants*,

v.

KRISTI NOEM, Secretary of Homeland Security, *et al.*,

*Defendants-Appellees*.

———————————

APPEAL FROM AN ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
No. 3:23-cv-01367

———————————

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Plaintiffs and Defendants hereby stipulate to dismiss this appeal in its entirety without prejudice. Each party shall bear its own costs and fees.

Dated: September 4, 2025

Respectfully submitted,

*s/ Katherine J. Shinners (with permission)*
  KATHERINE J. SHINNERS
  Senior Litigation Counsel
  UNITED STATES DEPARTMENT OF JUSTICE
  CIVIL DIVISION
  Office of Immigration Litigation
  General Litigation and Appeals
  P.O. Box 878, Ben Franklin Station
  Washington, D.C. 20044
  Tel: (202) 598-8259 | Fax: (202) 305-7000

  *Counsel for the Government*

 */s/ Stephen M. Medlock*
Stephen M. Medlock
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, DC 20037
(202) 639-6500

Ethan Nutter
VINSON & ELKINS LLP
200 W. 6th Street, Suite 2500
Austin, TX 78701
(512) 542-8555

Matthew H. Marmolejo
MAYER BROWN LLP
333 S. Grand Ave., 47th Floor
Los Angeles, CA 90071
(213) 229-9500

Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
CENTER FOR GENDER AND REFUGEE STUDIES
1121 14th Street, N.W., Suite 200
Washington, DC 20005
(202) 355-4471

2

Neela Chakravartula (CA Bar No. 254746)
Dulce Rodas (CA Bar No. 352188)
CENTER FOR GENDER AND REFUGEE STUDIES
200 McAllister Street
San Francisco, CA 94102
(415) 565-4877

Robert Pauw (WA Bar No. 13613)
(*pro hac vice*)
CENTER FOR GENDER & REFUGEE STUDIES
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
(206) 682-1080

Baher Azmy (NY Bar No. 2860740)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
7th Floor
New York, NY 10012
(212) 614-6464

Suchita Mathur
AMERICAN IMMIGRATION COUNCIL
1331 G St. N.W., Suite 200
Washington, DC 20005
(202) 507-7552
*Counsel for Appellants*

## CERTIFICATE OF SERVICE

      I certify that I electronically filed the foregoing documents on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system which accordingly served all counsel of record.

**Signature** /s/ *Stephen M. Medlock*　　　　**Date** 9/4/25