

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AL OTRO LADO, INC., a California Corporation; HAITIAN BRIDGE ALLIANCE, a California Corporation; DIEGO DOE; ELENA DOE; GUADALUPE DOE; LAURA DOE; LUISA DOE; MICHELLE DOE; NATASHA DOE; PABLO DOE; SOMAR DOE,

        Plaintiffs-Appellants,

 v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; RODNEY S. SCOTT, Commissioner, U.S. Customs and Border Protection, in his official capacity; DIANE J. SABATINO, Acting Executive Assistant Commissioner, Office of Field Operations, U.S. Customs and Border Protection, in her official capacity,

        Defendants-Appellees.

No. 23-3396

D.C. No. 3:23-cv-01367-AGS-BLM
Southern District of California, San Diego

ORDER

Before: COLLINS, H.A. THOMAS, and JOHNSTONE, Circuit Judges.

In light of the parties' joint stipulation for voluntary dismissal of this appeal (Dkt. No. 55), this appeal is DISMISSED. *See* FED. R. APP. P. 42(b)(1). Each side shall bear its own costs and fees. This order constitutes the mandate of this court.